• AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Texas__

**NAOMI CUSHMAN**

V.

**GC Services, LP**

**EXHIBIT**

Case Number: 4:08cv02229

| PRESIDING JUDGE<br>Vanessa Gilmore | PLAINTIFF'S ATTORNEY<br>Marshal Meyers | DEFENDANT'S ATTORNEY<br>Kandy E. Messenger |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  | 9/15 | GC Services' Account Notes |
|  | 2 |  |  |  | Collection Level I--Compliance Policies and procedures GC Services |
|  | 3 |  |  |  | Collection Excellence level II-Compliance Policies and procedures GC Services |
|  | 4 |  |  |  | Adhering to federal and state law--Compliance Policies and procedures GC |
|  | 5 |  |  |  | 3rd Party Making Excellent Collection Calls--Compliance Policies and Proce |
|  | 6 |  |  |  | Talk-Off--training material used by GC Services |
|  | 7 |  |  |  | Defendant's Written Discovery Responses |
|  | 8 |  |  |  | Plaintiff's Oral Deposition Transcript |
|  | 9 |  |  |  | Plaintiff's Written Discovery Responses |
|  |  |  |  |  |  |
|  |  |  |  |  | Defendant reserves the right to use any document used by Plaintiff. |
|  |  |  |  |  | Defendant further reserves the right to supplement as needed |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages