IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| NAOMI CUSHMAN | § | 4:08-CV-2229 |
| :--- | :---: | :--- |
| Plaintiff, | § | CA/CR NO. |
| | § | |
| | § | **VANESSA D. GILMORE** |
| v. | § | Judge |
| | § | |
| GC SERVICES, LP | § | Esthela Mares |
| | § | Case Manager Court Reporter |
| Defendant. | § | |

Proceeding

## EXHIBIT LIST OF PLAINTIFF

| No. | Description | Offr | Obj | Date Admit | Date N/Adm |
| :--- | :--- | :--- | :--- | :--- | :--- |
| 1 | March 27, 2008 Correspondence from GC Services to Naomi Cushman | | | 9/15 | |
| 2 | April 11, 2008 Correspondence from GC Services to Naomi Cushman | | | | |
| 3 | May 12, 2008 Correspondence from GC Services to Naomi Cushman | | | | |
| 4 | GC Services Debtor Detail Listing | | | | |
| 5 | GC Services Call Detail Search | | | | |
| 6 | Detail for Naomi Cushman: 864-884-2000 | | | | |
| 7 | Plaintiff's Summary of Interaction with GC Services | | | 9/15 | |
| 8 | May 19, 2009 Correspondence from Weisberg & Meyers LLC to GC Services | | | 9/15 | |
| 9 | Collection Excellence - Collections Policies & Procedures | | | | |
| 10 | Collection Excellence - Negotiating Account Resolution | | | | |
| 11 | Collection Excellence - 3rd Part Making Excellent Collection Calls, Facilitators Guide | | | | |
| 12 | Collection Excellence - Adhering to Federal and State Laws, Facilitators Guide | | | | |
| 13 | Defendant's Response to Plaintiff's Interrogatories. | | | | |
| 14 | Defendant's Response to Plaintiff's Requests for Production. | | | | |

| 15 | Defendant's Response to Plaintiff's Requests for Admission. | | | | |
|----|---|---|---|---|---|