Sprott, Rigby, Newsom, Robbins, Lunceford & Bell, P.C.
Client Ledger
To Aug 30/2009

| Date Entry # | Received From/Paid To Explanation | Chk# Rec# | Rcpts | General Disbs | Fees | Bld Inv# Acc | Trust Activity Rcpts | Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **414** | **GC Services Limited Partnership** | | | | | | | | |
| **414.00002** | **Cushman, Naomi** | | | | | | Resp Lawyer: KEM | | |
| Aug 7/2008 817423 | Billing on Invoice 52297 FEES 1420.00 | | | 0.00 | | 52297 | | | |
| Oct 6/2008 837692 | Billing on Invoice 53137 FEES 4940.00 | | | 0.00 | | 53137 | | | |
| Oct 31/2008 850814 | West Group Westlaw - OnLine Research - October, 2008 | | | 145.48 | | 53337 | | | |
| Nov 6/2008 849327 | Billing on Invoice 53337 FEES 2100.00 DISBS 145.48 | | | 0.00 | | 53337 | | | |
| Dec 11/2008 862201 | Billing on Invoice 53897 FEES 2275.00 | | | 0.00 | | 53897 | | | |
| Dec 15/2008 866525 | Kandy E. Messenger KEM - Jason's Deli - Meal during deposition | | | 72.07 | | 54566 | | | |
| Dec 31/2008 867789 | Expense Recovery Photocopies 1166 @ 0.09 | 00823 | | 104.94 | | 54566 | | | |
| Jan 27/2009 885142 | Republic Services Inc Republic Services - Transcript of Naomi Cushman Rustikov | | | 2386.85 | | 55493 | | | |
| Jan 31/2009 882570 | West Group On-Line Research - Westlaw - Online Research - January, 2009 | | | 826.49 | | 54566 | | | |
| Jan 31/2009 882571 | West Group On-Line Research - Westlaw - Online Research - January, 2009 | | | 44.66 | | 54566 | | | |
| Feb 11/2009 882768 | Billing on Invoice 54566 FEES 11152.50 DISBS 1048.16 | | | 0.00 | | 54566 | | | |
| Feb 12/2009 896084 | Gwendolyn Parker Gwendolyn Parker - Deposition of Dennis J. Wojcicki | | | 882.50 | | 55493 | | | |
| Feb 12/2009 896086 | Gwendolyn Parker Gwendolyn Parker - Depositon of Dennis J. Wojcicki | | | 262.50 | | 55493 | | | |
| Feb 12/2009 896088 | Gwendolyn Parker Gwendolyn Parker - Deposition of Dennis J. Wojcicki | | | 440.00 | | 55493 | | | |
| Feb 24/2009 896090 | Gwendolyn Parker Gwendolyn Parker - Videography of deposition of Dennis Wojcicki | | | 355.00 | | 55493 | | | |
| Feb 24/2009 896092 | Gwendolyn Parker Gwendolyn Parker - Videography of deposition of Dennis Wojcicki | | | 490.00 | | 55493 | | | |
| May 6/2009 918058 | Billing on Invoice 55493 FEES 4486.50 DISBS 4816.85 | | | 0.00 | | 55493 | | | |
| May 31/2009 931467 | West Group Westlaw - OnLine Research - May, 2009 | | | 93.22 | | 55989 | | | |
| May 31/2009 931468 | West Group Westlaw - OnLine Research - May, 2009 | | | 299.10 | | 55989 | | | |
| Jun 3/2009 928805 | Billing on Invoice 55989 FEES 600.00 DISBS 392.32 | | | 0.00 | | 55989 | | | |
| Jul 31/2009 954548 | West Group Westlaw - OnLine Research - July, 2009 | | | 598.84 | | 57080 | | | |
| Aug 13/2009 955455 | Billing on Invoice 57080 FEES 1804.00 DISBS 598.84 | | | 0.00 | | 57080 | | | |

| | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE + | RECOV + | FEES | = TOTAL | DISBS + | FEES | + TAX - | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 10189.50 | 10189.50 | 7001.65 | 28778.00 | 0.00 | 33376.81 | 2402.84 | 0.00 |
| END DATE | 0.00 | 0.00 | 10189.50 | 10189.50 | 7001.65 | 28778.00 | 0.00 | 33376.81 | 2402.84 | 0.00 |

| | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTALS | CHE + | RECOV + | FEES | = TOTAL | DISBS + | FEES | + TAX - | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 0.00 | 10189.50 | 10189.50 | 7001.65 | 28778.00 | 0.00 | 33376.81 | 2402.84 | 0.00 |
| END DATE | 0.00 | 0.00 | 10189.50 | 10189.50 | 7001.65 | 28778.00 | 0.00 | 33376.81 | 2402.84 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Thursday, September 24, 2009 at 11:17:15 AM |
| Ver | 9.10c |
| Matters | 414.00002 |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |

414.00002

Republic Services, Inc.
Court Reporting Division
4202 Sherwood Lane
Houston, TX 77092
(713) 957-0094  Fax (713) 957-0540

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 6157 | 01/27/2009 | 01-1999 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/15/2008 | ADVAVI | 4:08cv02229 |
| **CASE CAPTION** | | |
| NAOMI CHUSHMAN VS. GC SERVICES, LP | | |
| **TERMS** | | |
| Due upon receipt | | |

┌
Kandy E. Messenger
SPROTT, RIGBY, NEWSOM, ROBBINS, LUNCEFORD & BELL, P.C.
2211 Norfolk
Suite 1150
Houston, TX 77098
└

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Naomi Cushman Rustikov                                    1,571.85
(TAXABLE    $  1,571.85)

VIDEO DEPOSITION OF:
    Naomi Cushman Rustikov                                     815.00

                              TOTAL   DUE  >>>>      2,386.85

## FOR ALL YOUR
## PROCESS SERVICE NEEDS...

## REPUBLIC DOES IT!

TAX ID NO.: 26-0437828                    (713) 523-8338    Fax (713) 523-9422

*Please detach bottom portion and return with payment.*

Kandy E. Messenger
SPROTT, RIGBY, NEWSOM, ROBBINS, LUNCEFORD & BELL, P.C.
2211 Norfolk
Suite 1150
Houston, TX 77098

Invoice No.:  6157
Date      :  01/27/2009
TOTAL DUE  :   2,386.85

FEB 2 - 2009

Job No.    :  01-1999
Case No.   :  4:08cv02229
NAOMI CHUSHMAN VS. GC SERVICES, LP

Remit To:    Republic Services, Inc.
             Court Reporting Division
             4202 Sherwood Lane
             Houston, TX 77092

414.02

# INVOICE

## GWENDOLYN PARKER
Certified Court Reporter
3827 Travis Street
Dallas, TX 75204
214-747-8007 • 214-747-8087 Fax

February 12, 2009

To:  Kandy Messenger, Attorney
Sprott Rigby
2211 Norfolk Street
Suite 1150
Houston, Texas   77098


Re:    Invoice Number 21209-18
Naomi Cushman
vs.
GC Services, LP

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|

Copy of the deposition
of Dennis J. Wojcicki, reported
on the 16th day of December, 2008...........$882.50
(Defendant's representative with the
most knowledge regarding plaintiff's account)

TOTAL COURT REPORTING FEES DUE .............$882.50
I.D. #90-0235235


THANK YOU VERY MUCH
PLEASE REMIT COPY WITH PAYMENT

GWENDOLYN PARKER, CERTIFIED COURT REPORTER, 214-747-8007

# INVOICE

## GWENDOLYN PARKER

Certified Court Reporter
3827 Travis Street
Dallas, TX 75204
214-747-8007 • 214-747-8087 Fax

**February 12, 2009**

To: Kandy Messenger, Attorney
Sprott Rigby
2211 Norfolk Street
Suite 1150
Houston, Texas 77098

Re: Invoice Number 21209-22
Naomi Cushman
vs.
GC Services, LP

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|

One copy of the deposition
of Dennis J. Wojcicki, reported
on the 17th day of December, 2008............$262.50
(Defendant's representative with the
most knowledge regarding defendant's
answer, 26 disclosures and responses to written
discovery served by plaintiff)

TOTAL COURT REPORTING FEES DUE .............$262.50
I.D. #90-0235235

THANK YOU VERY MUCH
PLEASE REMIT COPY WITH PAYMENT

# INVOICE

## GWENDOLYN PARKER

Certified Court Reporter
3827 Travis Street
Dallas, TX 75204
214-747-8007 • 214-747-8087 Fax

February 12, 2009

To:  Kandy Messenger, Attorney
Sprott Rigby
2211 Norfolk Street
Suite 1150
Houston, Texas  77098

Re:    Invoice Number 21209-20
Naomi Cushman
vs.
GC Services, LP

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| One copy of the deposition of Dennis J. Wojcicki, reported on the 17th day of December, 2008...........(Defendant's representative with the most knowledge regarding defendant's state and federal fair debt collection practices acts compliance) | | $440.00 |

TOTAL COURT REPORTING FEES DUE .............$440.00
I.D. #90-0235235

THANK YOU VERY MUCH
PLEASE REMIT COPY WITH PAYMENT



# INVOICE

## GWENDOLYN PARKER
Certified Court Reporter
3827 Travis Street
Dallas, TX 75204
214-747-8007 • 214-747-8087 Fax

February 24, 2009

To:  Kandy Messenger, Attorney
     Sprott and Rigby
     2211 Norfolk Street
     Suite 1150
     Houston, Texas  77098

            Re:     Invoice Number 22409-6
                    Naomi Cushman
                    vs.
                    GC Services, LP

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | Copy of the videography of the deposition of Dennis Wojcicki, videotaped on the 17th day of December, 2008 ................$355.00 | |

TOTAL COURT REPORTING FEES DUE .............$355.00
I.D. #90-0235235

                   THANK YOU VERY MUCH
            PLEASE REMIT COPY WITH PAYMENT

GWENDOLYN PARKER, CERTIFIED COURT REPORTER, (214) 747-8007

# INVOICE

## GWENDOLYN PARKER
Certified Court Reporter
3827 Travis Street
Dallas, TX 75204
214-747-8007 • 214-747-8087 Fax

February 24, 2009

To:  Kandy Messenger, Attorney
Sprott and Rigby
2211 Norfolk Street
Suite 1150
Houston, Texas  77098

Re:    Invoice Number 22409-4
Naomi Cushman
vs.
GC Services, LP

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | Copy of the videography of the deposition of Dennis Wojcicki, videotaped on the 16th day of December, 2008 ..................$490.00 | |

TOTAL COURT REPORTING FEES DUE ............$490.00
I.D. #90-0235235

THANK YOU VERY MUCH
PLEASE REMIT COPY WITH PAYMENT

MAR  2 2009

GWENDOLYN PARKER, CERTIFIED COURT REPORTER, (214) 747-8007

CONVENTION & ENTERTAINMENT FACILITIES
THEATER DISTRICT PARKING GARAGE
511 RUSK        713 236 5775
RUSK EXIT #2 NRW LANE
OPERATED BY REPUBLIC PARKING SYSTEM.

Rcpt# 77374
09/15/09 17:45   L# 3 A# 7   Txn#110979
09/15/09 11:46 In   09/15/09 17:45 Out
Tkt# 038764
Fee ......1    $    9.00
Total Fee      $    9.00
CASH PAID      $    9.00-
Cash Tender    $   20.00
Change Due     $   11.00
THANK YOU  FOR YOUR PATRONAGE!
PLEASE COME AGAIN.

CONVENTION & ENTERTAINMENT FACILITIES
THEATER DISTRICT PARKING GARAGE
511 RUSK        713 236 5775
RUSK EXIT #2 NRW LANE
OPERATED BY REPUBLIC PARKING SYSTEM.

Rcpt# 77504
09/16/09 17:18   L# 3 A# 7   Txn#111191
09/16/09 08:13 In   09/16/09 17:18 Out
Tkt# 667031
Fee ......1    $    9.00
Total Fee      $    9.00
CASH PAID      $    9.00-
Cash Tender    $   20.00
Change Due     $   11.00
THANK YOU  FOR YOUR PATRONAGE!
PLEASE COME AGAIN.

| GC SERVICES | | VENDOR #: | 800387 | | CENTER #: | 941 2100 |
|---|---|---|---|---|---|---|
| TRAVEL EXPENSE REPORT | | | | | | |

| | | HGO - Accounting/Court Testimony | 09/18/09 |
|---|---|---|---|
| Denny Wojcicki | LOCATION | PURPOSE OF TRIP | WEEK ENDING |
| NAME | Houston | St. Louis | St. Louis |
| St. Louis | TO | TO | TO |
| FROM | | | |

SIGNATURE: _____  DATE: __22-Sep__

Approved by: _____  Date: _____
2nd Approval: _____  Date: _____

**DATE: Mon, Sep 14**

| Flight: CONTINENTAL AIRLINES  2223 | | | |
|---|---|---|---|
| From | ST LOUIS INTL, MO | Departs | 6:25am |
| To | HOUSTON GEO BUSH, TX | Arrives | 8:29am |
| Departure Terminal | M | Arrival Terminal | B |
| Duration | 02hr(s) :04min(s) | Class | Economy |
| Type | EMBRAER JET | Meal | Snack |
| Stops | Non Stop | | |
| Seat(s) Details | WOJCICKI/DENNIS | Seat(s) - 09A | CO  - XXXXXX 35 |

**DATE: Thu, Sep 17**

| Flight: CONTINENTAL AIRLINES  2724 | | | |
|---|---|---|---|
| From | HOUSTON GEO BUSH, TX | Departs | 5:35pm |
| To | ST LOUIS INTL, MO | Arrives | 7:35pm |
| Departure Terminal | B | Arrival Terminal | M |
| Duration | 02hr(s) :00min(s) | Class | Economy |
| Type | EMBRAER JET | Meal | |
| Stops | Non Stop | | |
| Seat(s) Details | WOJCICKI/DENNIS | Seat(s) - 06B | CO  - XXXXXX 35 |

**DATE: Wed, Dec 16**

Others

INFO
THANK YOU FOR YOUR
BUSINESS

## Ticket Information

| **Ticket Number** | CO 7696953323 | WOJCICKI DENNIS | |
|---|---|---|---|
| | **Billed to:** | AX XXXXXXXXXX1046 | * 285.70 |
| | | SubTotal | 285.70 |
| | | Net Credit Card Billing | * 285.70 |

-----------

# COURTYARD Marriott

**Courtyard by Marriott**
**Houston by The Galleria**

2900 Sage Rd
Houston, Tx 77056
T 713.622.3611



| Date | Description | Charges | Credits |
|---|---|---|---|
| 14Sep09 | Room Charge | 110.00 | |
| 14Sep09 | State Occupancy Tax | 6.60 | |
| 14Sep09 | City Tax | 7.70 | |
| 14Sep09 | County Tax | 4.40 | |
| 14Sep09 | Daily Parking | 10.00 | |
| 14Sep09 | Sales Tax | 0.83 | |
| 15Sep09 | Room Charge | 110.00 | |
| 15Sep09 | State Occupancy Tax | 6.60 | |
| 15Sep09 | City Tax | 7.70 | |
| 15Sep09 | County Tax | 4.40 | |
| 15Sep09 | Daily Parking | 10.00 | |
| 15Sep09 | Sales Tax | 0.83 | |
| 16Sep09 | Room Charge | 110.00 | |
| 16Sep09 | State Occupancy Tax | 6.60 | |
| 16Sep09 | City Tax | 7.70 | |
| 16Sep09 | County Tax | 4.40 | |
| 16Sep09 | Daily Parking | 10.00 | |
| 16Sep09 | Sales Tax | 0.83 | |
| 17Sep09 | American Express | | 418.59 |

Card #: AXXXXXXXXXXXXX1007/XXXX
Amount: 418.59 Auth: 564690 Signature on File
This card was electronically swiped on 14Sep09

**Balance:** 0.00

Marriott Rewards Account # XXXXX9551. Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

**Latest News From Marriott Rewards**
YOU'VE GOT STAYING POWER Receive 30,000 Marriott Rewards(R) Bonus Points and an annual Free Night Stay with the Marriott Rewards Premier Credit Card. To learn more and apply, visit MarriottRewards.com/PremierVisa

Register by October 31 to earn up to 25,000 MegaBonus points! Earn bonus points for stays between Sep 15, 2009 and Jan 15, 2010 paid with your Visa Card. MegaBonus...It's Mega-Rewarding. Register now at MarriottRewards.com/MegaBonus or 888-MARRIOTT.

As requested, a final copy of your bill will be emailed to you at: DJWOJCICKI@AOL.COM. See "Internet Privacy Statement" on Marriott.com.